IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RENE HERNANDEZ, § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 3:16-CV-452-M |
| § | |
| JOHN CASEY and § | |
| CITY OF DALLAS, TEXAS § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*The Defendant City of Dallas' Rule 12(b)(6) Motion to Dismiss the Plaintiff's Claims Against it in the Plaintiff's First Amended Original Complaint, and Brief in Support*, filed June 10, 2016 (doc. 17), is **GRANTED**. By separate judgment, the plaintiff's claims against the City of Dallas will be **DISMISSED with prejudice**.

**SIGNED** this 21st day of February, 2017.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**